UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/24/2022
```

MARTIN A. GROMULAT,

                Plaintiff,

-against-

SERVICE EMPLOYEES INTERNATIONAL
UNION 1199, ST. VINCENT'S HOSPITAL
OF WESTCHESTER, and KEVIN
WILLIAMS

                Defendants.

22-cv-2916 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the motion from Plaintiff's counsel Kareem El-Din Abdo seeking

(1) to withdraw as Plaintiff's counsel based on Plaintiff's failure to communicate with counsel and

to make requested payments, and (2) a stay of this action while Plaintiff finds new counsel or

appears *pro se*.  The request to withdraw as counsel is GRANTED.  The request to stay this action

is DENIED.  Plaintiff's time to serve Defendants is extended by 90 days from the date of this

Order.  Counsel shall promptly advise Plaintiff of this Order.

       Any request for an extension must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

**Date:  June 24, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**